Galen H. WELCH, United States Collector of Internal Revenue for the Sixth District of California, Appellant, v. John W. MOTT, Trustee in Bankruptcy of the Estate of L. P. McChesney, Bankrupt, Appellee.

No. 6475.

Circuit Court of Appeals, Ninth Circuit.

May 27, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Pursuant to stipulation of counsel for the respective parties, ordered appeal in this cause dismissed; mandate forthwith.

---

WESTERN POWER, LIGHT & TELEPHONE COMPANY et al. v. CITY OF WOODWARD, OKLAHOMA et al.

No. 443.

Circuit Court of Appeals, Tenth Circuit.

June 1, 1931.

Howard W. Patton, of Woodward, Okl., W. R. Bleakmore and John Barry, both of Oklahoma City, Okl., for appellants.

J. B. Dudley, of Oklahoma City, Okl., Y. Q. Caldwell, Jr., of Paris, Tenn., and C. W. Herod, of Woodward, Okl., for appellees.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal dismissed June 1, 1931, per stipulation.

---

Ethel WITTE, Appellant, v. FRANKLIN FIRE INSURANCE COMPANY OF PHILADELPHIA.

No. 8933.

Circuit Court of Appeals, Eighth Circuit.

May 25, 1931.

I. J. Ringolsky, M. L. Friedman, William G. Boatright, and H. L. Jacobs, all of Kansas City, Mo., for appellant.

William S. Hogsett, Murat Boyle, and Ralph E. Murray, all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal [46 F.(2d) 894] dismissed, at costs of appellant, but without the taxation of the statutory attorney fee, per stipulation of parties.

---

UNITED STATES of America ex rel. August FERNANDEZ, Appellant, v. Benjamin M. DAY, Commissioner of Immigration at the Port of New York, Appellee.

No. 417.

Circuit Court of Appeals, Second Circuit.

June 8, 1931.

J. Waisman, of New York City, for appellant.

Ernest Lappano, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed on the opinion in United States ex rel. Claussen v. Day, 279 U. S. 398, 49 S. Ct. 354, 73 L. Ed. 758.